Clarence MOORE, Plaintiff—Appellant,

v.

RICHMOND NURSING HOME;  Boris
T. Simmons, Police Officer, 1312–
6, Defendants—Appellees.

No. 05–2399.

United States Court of Appeals,
Fourth Circuit.

Submitted March 23, 2006.

Decided March 28, 2006.

Clarence Moore, Appellant Pro Se. Ste-
phen Michael Barnett, City Attorney's Of-
fice, Richmond, Virginia, for Appellees.

Before WILKINSON, LUTTIG, and
WILLIAMS, Circuit Judges.

* The parties consented to jurisdiction of the        magistrate judge under 28 U.S.C. § 636(c).

538

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this civil action, Clarence Moore appeals the district court's orders: (1) denying his motion to reopen, to "reinstate the case in the same position as before dismissal," and for a new trial; and (2) denying his motion to file a supplemental answer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moore v. Richmond Nursing Home,* No. CA–99–683 (E.D. Va. Dec. 1, 2005; Dec. 9, 2005). We deny Moore's pending motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*